## (January 13, 1943.)

FLORENCE E. RILEY, Appellant, v. CHARLOTTE CARLTON, Respondent.—

memorandum: We think the case was for the jury. Upon the evidence the jury could have found that the plaintiff was engaged by the defendant as a nurse and a companion and not as a domestic servant. When the accident happened, the plaintiff was on an errand personal to herself and in no way necessary to, associated with, or incidental to her employment. The occurrence of the injury was not made more likely by the fact of her employment. Anyone visiting the defendant's premises would have been subjected to the same risk. This being the case, even if the plaintiff and the housekeeper, Mrs. Goodrich, were fellow servants, the plaintiff might nevertheless recover since the risk of injury was not incidental to a common employment. (Volk v. City of New York, 284 N. Y. 279, 283, and cases cited.) (The judgment dismisses the complaint in an action for damages for personal injuries sustained by reason of tripping and falling over an obstruction on the floor of a dwelling. The order is the order of dismissal.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Estate of WILLIAM KECK, Deceased. WILLIAM G. KECK et al., Respondents; GERTRUDE E. KECK, Appellant.—

(The decree construes a will.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ESTELLA MELNYK, Respondent, v. JOHN J. TUTKO et al., Appellants.—
(The judgment adjudges plaintiff to be entitled to possession of certain premises, subject to an easement by defendants to use a walk, in an action in ejectment.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KOBRYN, Appellant.— (The judgment convicts defendant of the crime of carrying burglar tools and a revolver without a permit, after prior conviction.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

CLARA BUTLER, Appellant, v. ARTHUR E. BUTLER et al., as Executors of CHARLES B. BUTLER, Deceased, Respondents.—
(The portion of the order appealed from denies plaintiff's motion for summary judgment, in an action to recover from the estate of defendants' testator for services rendered to said testator during his lifetime.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.